UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE:                                          CASE NO. 97-43322
                                                    Chapter 13

MELVIN PLUMMER AND FRANCES E PLUMMER

         Debtor(s)
_____/

**ORDER AUTHORIZING PAYMENT
OF UNCLAIMED FUNDS**

       This matter comes before the court upon the motion of Benjamin D. Tarver d/b/a Unclaimed Funds Recovery Services, attorney-in-fact for **GECC (General Electric Capital Corp.),** seeking an entry of an order authorizing payment of unclaimed funds.

It appearing to the Court that the said Creditor is entitled to receive payment of the dividend, and that said funds are now on deposit in the registry of the court or the United States Treasury.

       **IT IS ORDERED THAT,** the Clerk of the Court pay $ **300.25** to the order of GECC (General Electric Capital Corp.) and mail the payment to:

       GECC (General Electric Capital Corp.)
       C/O Unclaimed Funds Recovery Services
       P.O. Box 821169
       Houston, TX  77282-1169

       EIN: 14-0689340


Dated:_____  _____
                              **United States Bankruptcy Judge**